# ELECTRONIC RECORD

COA #   03-13-00302-CR                    OFFENSE:   19.03

STYLE:   Mario Gamez v. The State of Texas   COUNTY:   Travis

COA DISPOSITION:   AFFIRMED        TRIAL COURT:   147th District Court

DATE: 6/11/15                Publish: NO   TC CASE #:   D-1-DC-13-904036

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Mario Gamez v. The State of Texas          CCA #:   954-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD